*For reversal and remandment*—Chief Justice RABNER, Justice LaVECCHIA, Justice ALBIN, Justice PATTERSON, Judge RODRÍGUEZ (temporarily assigned) and Judge CUFF (temporarily assigned)—6.

*Opposed*—None.

98 A.3d 571

IN THE MATTER OF HERBERT R. EZOR, AN ATTORNEY AT LAW (ATTORNEY NO. 270781971).

September 23, 2014.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension of **HERBERT R. EZOR** of **WOOD RIDGE,** who was admitted to the bar of this State in 1971, and good cause appearing;

It is ORDERED that **HERBERT R. EZOR** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **HERBERT R. EZOR** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State; and it is further

ORDERED that **HERBERT R. EZOR** comply with *Rule* 1:20–20 dealing with suspended attorneys.